IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY LUGENE PARKER, et al.,

    Plaintiff,                    No. CIV S-04-2695 FCD GGH P

    vs.

GEORGE STRATTON, et al.,

    Defendants.           <u>ORDER</u>

                        /

On March 29, 2005, the court issued an order addressing the original complaint. The court dismissed all claims but for the claims that defendant Shawesh violated plaintiff's First Amendment rights by telling other inmates that the Shia inmates attacked the Sunni inmates and by refusing the request by Shia inmates for a place to worship. The court granted plaintiff thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of the claims against defendant Shawesh described above.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant: Shawesh.

2. The Clerk of the Court shall send plaintiff 1USM-285 form, one summons, an instruction sheet and a copy of the complaint filed December 23, 2004.

1

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Two copies of the endorsed complaint filed December 23, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 6/9/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
park2695.1

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

KERRY LUGENE PARKER,

      Plaintiff,                            No. CIV S-04-2695 FCD GGH P

      vs.

GEORGE STRATTON, et al.,             NOTICE OF SUBMISSION

      Defendants.                      OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

            __1__      completed summons form

            __1__      completed USM-285 forms

            __2__      copies of the _____
                                          Complaint/Amended Complaint

DATED:

                                                          _____
                                                          Plaintiff