IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY LUGENE PARKER,

    Plaintiff,                        No. CIV S-04-2695 FCD GGH P

    vs.

GEORGE STRATTON, et al.,

    Defendants.               <u>ORDER</u>

_____/

    On May 24, 2005, plaintiff filed a summary judgment motion. Plaintiff's motion is premature as no defendants have been served in this action. Accordingly, IT IS HEREBY ORDERED that plaintiff's May 24, 2005, summary judgment motion is denied as premature.

DATED: 7/21/05

                                              /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

GGH:kj
park2695.den