IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY LUGENE PARKER,

    Plaintiff,                      No. CIV S-04-2695 FCD GGH P

    vs.

GEORGE STRATTON, et al.,

    Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se. On June 10, 2005, the court found that the original complaint stated a colorable claim for relief against defendant Shawesh and ordered plaintiff to submit forms necessary to effect service of this defendant. On August 22, 2005, plaintiff filed an amended complaint. The amended complaint states a colorable claim for relief as to defendants Shawesh and Stratton. Accordingly, plaintiff is ordered to submit forms necessary to effect service of these defendants.

        On August 22, 2005, plaintiff filed a motion to vacate judgment. Because judgment has not been entered, this motion is denied.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Shawesh and Stratton.

        2. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons,

an instruction sheet and a copy of the amended complaint filed August 22, 2005.

      3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

      a.  The completed Notice of Submission of Documents;

      b.  One completed summons;

      c.  One completed USM-285 form for each defendant listed in number 3 above; and

      d.  Three copies of the endorsed amended complaint filed August 22, 2005.

      4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

      5.  Plaintiff's August 22, 2005, motion to vacate judgment is denied.

DATED: 10/11/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
par2695.ord

2

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY LUGENE PARKER,

    Plaintiff,                          No. CIV S-04-2695 FCD GGH P

    vs.

GEORGE STRATTON, et al.,         <u>NOTICE OF SUBMISSION</u>

    Defendants.                  <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      <u> 1 </u>    completed summons form

      <u> 2 </u>    completed USM-285 forms

      <u> 3 </u>    copies of the _____
                                 Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff