1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  BARBARA A. MORRIS (SBN 137680)
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 322-3870
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   Shawesh and Stratton
10 SA2006300115

11

12            IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14                   SACRAMENTO DIVISION

15

16 | KERRY LUGENE PARKER,         | Case No. 2:04-cv-2695-FCD-GGH (PC)
17 |                    Plaintiff, | [Proposed] ORDER GRANTING
                                    DEFENDANTS EXTENSION OF TIME
18 | v.                            | TO FILE RESPONSIVE PLEADING
19 | GEORGE STRATTON, et al,       |
20 |                   Defendants. |

21

22        **GOOD CAUSE APPEARING**, Defendants' motion for an extension of time in which

23 to file a responsive pleading is granted. Defendants have up to and including March 18, 2006, in

24 which to file their responsive pleading.

25        **IT IS SO ORDERED.**

26                                                    *[signature]*
                                                      GREGORY G. HOLLOWS
27 Dated: February 22, 2006
                                                      HON. GREGORY G. HOLLOWS
28                                                    United States Magistrate Judge
   30087696.wpd

*[Proposed] Order Granting Defendants Extension of Time to File Responsive Pleading*

1