IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY LUGENE PARKER,

    Plaintiff,                              No. CIV S-04-2695 FCD GGH P

    vs.

GEORGE STRATTON, et al.,

    Defendants.                       ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2006, plaintiff filed a request to correspond with inmate witnesses in other prisons. Plaintiff's request is not well supported because plaintiff does not state that he sought permission from prison officials, through the appropriate procedures, for permission to correspond with these inmates. In addition, defendants have not yet responded to the complaint. Therefore, plaintiff's request to contact these witnesses is somewhat premature.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 22, 2006, request to correspond with inmate witnesses is denied.

DATED: 4/24/06                                   /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

park2695.ord