IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY LUGENE PARKER,

      Plaintiff,                  No. CIV S-04-2695 FCD GGH P

    vs.

GEORGE STRATTON, et al.,

      Defendants.           <u>ORDER</u>

_____/

      On April 12, 2006, plaintiff filed a motion to reinstate his original complaint. On October 11, 2005, the court ordered service of the amended complaint filed August 22, 2005. If plaintiff wishes to amend his allegations, he must file a proposed second amended complaint and a motion for leave to amend.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's April 12, 2006, motion to reinstate the original complaint is denied.

DATED: 5/2/06

                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

park2695.den

1