IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KERRY LUGENE PARKER,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**GEORGE STRATTON, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 2:04-cv-02695-FCD-GGH (PC)<br><br>**ORDER GRANTING DEFENDANTS AN EXTENSION OF TIME TO FILE A REPLY** |

**GOOD CAUSE APPEARING**, Defendants have a one-week extension of time in which to file a reply to Plaintiff's Objection to Claims in Defendants Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: 5/24/06　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

park2695.ext

*Order*
1