IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY LUGENE PARKER,

      Plaintiff,                      No. CIV S-04-2695 FCD GGH P

    vs.

GEORGE STRATTON, et al.,

      Defendants.         <u>ORDER</u>

_____/

        On November 1, 2006, judgment was entered. Pending before the court is plaintiff's November 21, 2006, motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). After carefully considering the record, the court finds that plaintiff's motion is without merit.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 21, 2006, motion for relief from judgment is denied.

DATED: December 4, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1