UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY L. PARKER, JR.,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>GEORGE STRATTON; et al.,<br><br>    Defendants - Appellees. | No. 07-15051<br>D.C. No. CV-04-02695-FCD/GGH<br><br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _Filed this action prematurely_

GREGORY G. HOLLOWS
Judge
United States District Court

Date: Feb. 20, 2007